[No. 6227-1. Division One. June 25, 1979.]

FRED FINDAHL, *Respondent,* v. DAVID G. WATER-
STRAAT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 818729, Frank H. Roberts, Jr., J., entered
December 16, 1977. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Farris and Williams, JJ.

[No. 6262-1. Division One. June 25, 1979.]

THOMAS P. GRAHAM, ET AL, *Respondents,* v.
LINDA GALE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 838321, Donald M. Niles, J. Pro Tem., entered
January 26, 1978. *Reversed* by unpublished per curiam
opinion.

[No. 6414-1. Division One. June 25, 1979.]

CHRISTINE M. SMITH, ET AL, *Respondents,* v. DAVID
DREW FREEMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 828710, Edward E. Henry, J. Pro Tem.,
entered March 16, 1978. *Affirmed* by unpublished opinion
per Andersen, J., concurred in by James and Williams, JJ.

[No. 6418-1. Division One. June 25, 1979.]

BOYCE J. BRADLEY, *Plaintiff,* HARRY E. SEIDLER, ET AL,
*Appellants,* v. WESTSIDE FEDERAL SAVINGS
& LOAN ASSOCIATION OF SEATTLE,
*Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 131069, Robert C. Bibb, J., entered
February 27, 1978. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Farris and Williams, JJ.